# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO,<br>     Plaintiff,<br><br>     v.<br><br>HYOZO MIZUKAMI, et al.,<br>     Defendant. | CV 20-6541-DSF (PVCx)<br><br>ORDER TO SHOW CAUSE |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before August 11, 2022. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: July 11, 2022

                                                Dale S. Fischer<br>
                                                United States District Judge