JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO,<br><br>Plaintiff,<br><br>v.<br><br>HYOZO MIZUKAMI,<br><br>Defendant. | Case No. CV 20-6541 DSF (PVCx)<br><br>JUDGMENT |

    The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendant Hyozo Mizukami,

    IT IS ORDERED AND ADJUDGED that this action be dismissed.

Date: October 25, 2022

_Dale S. Fischer_
Dale S. Fischer
United States District Judge